# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN M. RUSSELL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 08-cv-5442 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of May, 2010, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 39) and responses thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the attached Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.